IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTHONY W. WOOLFORK, *et al.*, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-06-1945 |
| | § | |
| MERCK & CO., INC., | § | |
| Defendants. | § | |

## REMAND ORDER

It is hereby **ORDERED** that the parties' Agreed Motion to Remand [Doc. # 7] is **GRANTED** and this case is **REMANDED** to the 152nd Judicial District Court of Harris County, Texas.

SIGNED at Houston, Texas, this **15th** day of **June, 2006.**

_____
Nancy F. Atlas
United States District Judge